IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LORENE NEWMAN                                                                                         PLAINTIFF

V.                                    NO. 3:10CV00020 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## ORDER

Plaintiff has filed a Motion requesting a thirty-day extension to file her Appeal Brief. (Docket entry #10). The Commissioner does not oppose the Motion. Plaintiff's time for filing her Appeal Brief is hereby extended to and including July 30, 2010.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Extension of Time (docket entry #10) is GRANTED.

DATED this 21st day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE